IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVON L. VICKERS, and MARK P. VICKERS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV105 |
| V. | ) ) | |
| PAUL M. WILLETTE, M.D., and BOX BUTTE GENERAL HOSPITAL, | ) ) ) ) | ORDER |
| Defendants. | ) | |

Defendant Box Butte General Hospital ("Box Butte") and Defendant Paul M. Willette, M.D. ("Willette") have filed motions requesting that Plaintiffs' demand for a jury trial be stricken. (Filings 16 & 18.) Defendants maintain that Plaintiffs are not entitled to a jury trial under the Nebraska Political Subdivisions Tort Claims Act, Neb. Rev. Stat. § 13-907, because the State of Nebraska has not abrogated governmental immunity to permit a jury trial against its political subdivisions. Plaintiffs have not respond to Defendants' motions.

Section 13-907 of the Nebraska Political Subdivisions Tort Claims Act provides:

> Jurisdiction, venue, procedure, and rights of appeal in all suits brought under the Political Subdivisions Tort Claims Act . . . shall be determined in the same manner as if the suits involved private individuals, *except that such suits shall be heard and determined by the appropriate court without a jury*.

Neb. Rev. Stat. 13-907 (emphasis added).   It is undisputed that Box Butte is a political subdivision of the State of Nebraska and that Willette is an employee of Box Butte. (Filing 1.) Plaintiffs' Complaint also references Plaintiffs' attempts to comply with the Act's filing requirements as to Box Butte. (*Id*.) Plaintiffs have not responded to Defendants' motions and have not provided the Court with any authority supporting a right to jury trial in this case.

Accordingly,

**IT IS ORDERED:**

1. Defendant Box Butte General Hospital's Motion to Strike Plaintiffs' Demand for Jury Trial (filing 16) is granted.

2. Defendant Paul M. Willette, M.D.'s Motion to Strike Plaintiffs' Demand for Jury Trial (filing 18) is granted.

3. Plaintiffs' demand for a jury trial is hereby stricken.

**DATED September 11, 2013.**

                        **BY THE COURT:**

                        S/ F.A. Gossett
                        **United States Magistrate Judge**