## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVON L. VICKERS, and MARK P. VICKERS, | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV105 |
| V. | ) ) | |
| PAUL M. WILLETTE, M.D., and BOX BUTTE GENERAL HOSPITAL, | ) ) ) | ORDER |
| Defendants. | ) ) | |

Ronald Pope has moved to withdraw as Plaintiffs' counsel in this case (filing 37). Mr. Pope has advised the Court that Plaintiffs have terminated him as their representative and are in the process of obtaining new counsel. Under these circumstances, the motion to withdraw will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion to Withdraw as Attorney for Plaintiffs (filing 37) is granted.

2. Mr. Pope shall immediately serve copies of this Order on Plaintiffs and thereafter file **proof of service** showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. **Mr. Pope will not be relieved of applicable duties to the Court, Plaintiffs, and opposing counsel until proof of service is filed.**

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiffs will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, **unless** substitute counsel has entered a written appearance on their behalf. If substitute counsel has not entered a written

appearance, Plaintiffs shall file a written notice with the Clerk of the Court of Plaintiffs' current address and telephone number within five (5) business days of being served with this Order. Plaintiffs may retain substitute counsel at any time, however, until such time as substitute counsel enters a written appearance, Plaintiffs shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default.

4. Upon Mr. Pope's submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate Mr. Pope's appearance as counsel and cease further notices to him in this matter.

**DATED January 29, 2014.**

        **BY THE COURT:**

        **S/ F.A. Gossett**
        **United States Magistrate Judge**