IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEBRASKA

| | |
|---|---|
| DEVON L. VICKERS and MARK P. VICKERS,<br><br>        Plaintiffs,<br><br>v.<br><br>PAUL M. WILLETTE, M.D. and BOX BUTTE GENERAL HOSPITAL,<br><br>        Defendant. | CASE NO. 8:13-cv-00105<br><br>JOINT MOTION AND STIPULATION FOR DISMISSAL WITH PREJUDICE |

COME NOW the parties and stipulate and agree that this matter should be dismissed with prejudice, with all parties paying their own costs and attorney's fees, and with complete record waived.

WHEREFORE, the parties pray that the Court enter an Order of Dismissal with Prejudice, with all parties to pay their own costs and fees, and with complete record waived.

DATED this 28th day of February, 2014.

                                      PAUL M. WILLETTE, M.D.,
                                      Defendant

                       By: _____
                                    Mark A. Christensen #17660
                                    Cline Williams Wright
                                      Johnson & Oldfather, L.L.P.
                                    1900 US Bank Building
                                    233 So. 13th Street
                                    Lincoln, NE 68508
                                    (402) 474-6900
                                    mchristensen@clinewilliams.com

-2-

BOX BUTTE GENERAL HOSPITAL,
Defendant

By: *[signature]*
William L. Tannehill
Wolfe, Snowden, Hurd, Luers
   & Ahl, LLP
1248 O St., Ste. 800
Lincoln, NE 68508-1474
wtannehill@wolfesnowden.com

*[signature]*
Devon L. Vickers

*[signature]*
Mark P. Vickers

ND: 4841-7619-3816, v. 1