IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DEVON L. VICKERS, and
MARK P. VICKERS,

              Plaintiffs,

      vs.

PAUL M. WILLETTE, M.D.,  and
BOX BUTTE GENERAL HOSPITAL,

              Defendants.

**CASE NO. 8:13CV105**

**ORDER OF DISMISSAL**

This matter is before the Court on the Parties' Joint Motion and Stipulation for Dismissal with Prejudice (Filing No. 42).  Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court finds that the dismissal should be approved and that this matter should be dismissed with prejudice.  The Parties will pay their own costs and attorney's fees, and the complete record will be waived.  Accordingly,

IT IS ORDERED:

1.      The Joint Motion and Stipulation for Dismissal with Prejudice (Filing No. 42) is approved;

2.      The above-captioned matter is dismissed with prejudice; and

3.      The Parties will pay their own costs and attorney's fees, and the complete record is waived.

Dated this 4th day of March, 2014.

              BY THE COURT:

              s/Laurie Smith Camp
              Chief United States District Judge